**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Charles JOHNSON, also known as Chuck Johnson, also known as Leon Johnson, Defendant-Appellant**

No. 16-30049
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 11/28/2016

Jeffrey Ryan McLaren, Kevin G. Boitmann, Assistant U.S. Attorney, Diane Hollenshead Copes, Esq., Assistant U.S. Attorney, Maurice Edwin Landrieu, Esq., Assistant U.S. Attorney, New Orleans, LA, for Plaintiff-Appellee.

Charles Johnson, Pro Se, Beaumont, TX, for Defendant-Appellant.

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Charles Johnson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Johnson has filed a response. The record is not suffi-

---

ciently developed to allow us to make a fair evaluation of Johnson's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014). Johnson's motion for the appointment of substitute counsel is DENIED.

We have reviewed counsel's brief and the relevant portions of the record referenced therein, as well as Johnson's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.